UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

```
FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
16 MAR 15 PM 1:18
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
```

| | |
|---|---|
| JANE DOE, by her parent and natural guardian, | ) ) ) |
| Plaintiff, | ) ) ) Case No: |
| vs. | ) ) |
| JARED FOGLE, RUSSELL TAYLOR and ANGELA TAYLOR, | ) 1:16-cv-0578 LJM-TAB ) ) ) |
| Defendants. | ) ) |

## APPEARANCE

To the Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the Plaintiff, Jane Doe, by her parent and natural guardian.

Respectfully submitted,

McNEELY STEPHENSON

_____
M. Michael Stephenson, Attorney No. 1824-73
2150 Intelliplex Drive, Suite 100
Shelbyville, IN  46176
Telephone:  (317) 825-5110
Facsimile:  (317) 825-5109
E-Mail:  m.m.stephenson@msth.com
*Attorney for Plaintiff, Jane Doe, by her parent and natural guardian*

1