UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, by her parent and natural guardian, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 1:16-cv-0578-LJM-TAB |
| vs. | )<br>) |
| JARED FOGLE,<br>RUSSELL TAYLOR and<br>ANGELA TAYLOR, | )<br>)<br>)<br>) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO PROCEED UNDER FICTITIOUS NAME**

Comes now Plaintiff, Jane Doe, by her parent and natural guardian, by counsel, and hereby files her Motion to Proceed Under Fictitious Name ("Motion"). In support thereof, Plaintiff states as follows:

1. Plaintiff has filed the present action against the Defendants seeking damages in connection with the secret filming of Plaintiff, a minor, and other minor children while at the residence of Defendants Russell and Angela Taylor and subsequent distribution of said private and intrusive materials to Defendant Jared Fogle.

2. Plaintiff was a minor at the times of the acts and omissions alleged in Plaintiff's Complaint for Damages and Request for Jury Trial and is a minor as of the date of this Motion.

3. The criminal proceedings against the Defendants Jared Fogle and Russell Taylor regarding the secret filing of Plaintiff, a minor, and other minor children have been widely covered in both local and national news outlets given Jared Fogle's celebrity-like status. Likewise, said criminal proceedings have been extensively covered by local news outlets given Defendants' geographical ties to Central Indiana.

4. The use of a fictitious name by Plaintiff and her parent and natural guardian in the above-captioned litigation is necessary to protect the privacy of Plaintiff, a minor, and the harm of identification of Plaintiff substantially outweighs the harm of anonymity.

5. "Litigating under a pseudonym is antithetical to our public judicial system; therefore, the presumption that a party's name is public information must be rebutted by showing that the harm of identification outweighs the harm of anonymity." Doe v. City of Chicago, 360 F.3d 667, 669-70 (7th Cir. 2004). The court must make an independent determination that exceptional circumstances exist to warrant use of a fictitious name, even if there is no opposition. Id. "[F]ictitious names are allowed when necessary to protect the privacy of children, rape victims and other particularly vulnerable parties or witnesses." Doe v. Blue Cross & Blue Shield United of Wisconsin, 112 F.3d 869, 872 (7th Cir. 1997).

6. Given Defendants' widely publicized criminal convictions in connection with the secret filming of Plaintiff, a minor, and other minor children, Plaintiff's status as a minor at the time of Defendants' actions and currently, and the tremendous potential impact on Plaintiff of being subject to public scrutiny and further embarrassment, Plaintiff respectfully requests that she be permitted to proceed under a fictitious name during the duration of the above-captioned litigation. Additionally, Plaintiff's parent and natural guardian must be permitted to remain anonymous as any disclosure would reveal Plaintiff's identity.

WHEREFORE, Plaintiff, Jane Doe, by her parent and natural guardian, by counsel, respectfully requests this Court enter an Order permitting Plaintiff and her parent and natural guardian to proceed under a fictitious name during the duration of the above-captioned litigation, and for all other relief just and proper in the premises.

        Respectfully submitted,

        McNEELY STEPHENSON

        <u>/s/ Brady J. Rife</u>
        M. Michael Stephenson, Attorney No. 1824-73
        Brady J. Rife, Attorney No. 25378-73
        2150 Intelliplex Drive, Suite 100
        Shelbyville, IN  46176
        Telephone:   317-825-5110
        Facsimile:    317-825-5109
        E-Mail:       m.m.stephenson@msth.com
                        brady.j.rife@msth.com
        *Attorneys for Plaintiff, Jane Doe, by her parent and natural guardian*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing pleading has been served upon the following by placing a copy in the United States mail, first class, postage prepaid, this 17th day of March, 2016:

        Angela Taylor
        1304 Salem Creek Boulevard
        Indianapolis, IN 46231

        Jared S. Fogle
        c/o Englewood Federal Correctional Institution
        9595 West Quincy Avenue
        Littleton, CO 80123

        Russell Taylor
        c/o Marianna Federal Correctional Institution
        3625 F C I Road
        Marianna, FL 32446

        <u>/s/ Brady J. Rife</u>
        Brady J. Rife

McNEELY STEPHENSON
2150 Intelliplex Dr., Suite 100
Shelbyville, IN 46176
Telephone:   317-825-5110
Facsimile:    317-825-5109
E-mail:       <u>m.m.stephenson@msth.com</u>;
               <u>brady.j.rife@msth.com</u>