UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JANE DOE, by her parent and natural guardian, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 1:16-cv-0578-LJM-TAB |
| JARED FOGLE, RUSSELL TAYLOR and ANGELA TAYLOR, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFF'S**
**MOTION TO PROCEED UNDER FICTITIOUS NAME**

Plaintiff, Jane Doe, by her parent and natural guardian, by counsel, having filed her Motion to Proceed Under Fictitious Name.  The Court having reviewed said Motion now finds that Plaintiff's Motion should be GRANTED.

IT IS THEREFORE ORDERED by this Court that Plaintiff and her natural parent and guardian are hereby permitted to proceed under a fictitious name during the duration of the above-captioned litigation.

DATED: _____

_____
JUDGE, United States District Court
Southern District of Indiana

Copies to:

All electronically registered counsel