UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, by her parent and natural guardian, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:16-CV-0578-LJM-TAB ) |
| JARED FOGLE, RUSSELL TAYLOR and ANGELA TAYLOR, | ) ) ) ) |
| Defendants | ) ) |

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for **Defendant, Jared Fogle**.

    I certify that I am admitted to practice in this Court.


April 8, 2016                    s/*Ronald E. Elberger*
                                       Ronald E. Elberger, Attorney No. 6675-49

                                       BOSE McKINNEY & EVANS LLP
                                       111 Monument Circle, Suite 2700
                                       Indianapolis, IN  46204
                                       (317) 684-5195
                                       (317) 223-0195 Fax
                                       RElberger@boselaw.com

                                       *Attorney for Defendant, Jared Fogle*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2016 a copy of the foregoing "Appearance" was filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> M. Michael Stephenson, Esq.
> mmstephenson@msth.com
>
> Brady J. Rife, Esq.
> brady.j.rife@msth.com

I also certify that on the 8th day of April, 2016 a copy of the foregoing "Appearance" was mailed, by first-class U.S. Mail, postage prepaid and addressed to the following:

> Russell C. Taylor
> c/o Marianna Federal Correctional Institution
> 3625 F C I Road
> Marianna, FL   32446
>
> Angela Taylor
> 1304 Salem Creek Boulevard
> Indianapolis, IN   46231

>> s/*Ronald E. Elberger*
>> Ronald E. Elberger

2977309_1