UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, by her parent and natural guardian, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:16-CV-0578-LJM-TAB ) |
| JARED FOGLE, RUSSELL TAYLOR and ANGELA TAYLOR, | ) ) ) ) |
| Defendants | ) ) |

**NOTICE OF AUTOMATIC INITIAL ENLARGEMENT OF TIME**

Pursuant to S.D.Ind.L.R. 6-1(b), Defendant, Jared Fogle, by counsel, hereby gives notice that counsel for the Plaintiff has no objection to an initial extension of time for Mr. Fogle to answer or otherwise respond to Plaintiff's Complaint. This deadline has not been previously extended and this extension does not interfere with the case management plan, any scheduled hearings, or any other deadlines in this case. The response date for Mr. Fogle is hereby extended from April 18, 2016 to May 16, 2016.

Respectfully submitted,

s/*Ronald E. Elberger*
Ronald E. Elberger (#6675-49)

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 223-0195 Fax
RElberger@boselaw.com

*Attorney for Defendant, Jared Fogle*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2016, a copy of the foregoing "Notice of Automatic Initial Enlargement of Time" was filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> M. Michael Stephenson, Esq.
> mmstephenson@msth.com
>
> Brady J. Rife, Esq.
> brady.j.rife@msth.com

I also certify that on the 8th day of April, 2016 a copy of the foregoing "Notice of Automatic Initial Enlargement of Time" was mailed, by first-class U.S. Mail, postage prepaid and addressed to the following:

> Russell C. Taylor
> c/o Marianna Federal Correctional Institution
> 3625 F C I Road
> Marianna, FL   32446
>
> Angela Taylor
> 1304 Salem Creek Boulevard
> Indianapolis, IN   46231

s/*Ronald E. Elberger*
Ronald E. Elberger

2977310_1