UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JANE DOE, by her parent and natural guardian, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:16-CV-0578-LJM-TAB |
| JARED FOGLE, RUSSELL TAYLOR and ANGELA TAYLOR, | ) ) ) ) | |
| Defendants | ) ) | |

**<u>APPEARANCE</u>**

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in this case for **Defendant, Jared Fogle**.

      I certify that I am admitted to practice in this Court.


<u>April 8, 2016</u>                       s/*Steven D. Groth*
                                    Steven D. Groth, Attorney No. 17643-71

                                    BOSE McKINNEY & EVANS LLP
                                    111 Monument Circle, Suite 2700
                                    Indianapolis, IN  46204
                                    (317) 684-5115
                                    (317) 684-5173 Fax
                                    SGroth@boselaw.com

                                    *Attorney for Defendant, Jared Fogle*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 8, 2016 a copy of the foregoing "Appearance" was filed electronically.  Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

M. Michael Stephenson, Esq.
mmstephenson@msth.com

Brady J. Rife, Esq.
brady.j.rife@msth.com

I also certify that on the 8th day of April, 2016 a copy of the foregoing "Appearance" was mailed, by first-class U.S. Mail, postage prepaid and addressed to the following:

Russell C. Taylor
c/o Marianna Federal Correctional Institution
3625 F C I Road
Marianna, FL   32446

Angela Taylor
1304 Salem Creek Boulevard
Indianapolis, IN   46231

s/*Steven D. Groth*
Steven D. Groth

2977309_1