RETURN OF SERVICE

PERSON TO BE SERVED:                                RECEIPT NUMBER: 0000823-16

```
RUSSELL C. TAYLOR
FCI
3625 FCI RD
MARIANNA, FL  32446
```

PLAINTIFF: JANE DOE, BY PER PARENT & NATURAL GUARDIAN
  -VS-
DEFENDANT: JARED FOGLE, RUSSELL & ANGELA TAYLOR

TYPE WRIT: SUMMONS

     COURT: DISTRICT                                COURT DATE:
     CASE #: 1:V 0578 LJM TAB                       COURT TIME:

          Received the above-named writ on March 21, 2016, at 12:26 PM,
          and served the same on March 29, 2016, at 8:09 AM,
          in JACKSON County, Florida, as follows:

INDIVIDUAL

By delivering a true copy of this writ together with a copy of the
initial pleadings, if any, with the date and hour of service endorsed
thereon by me, to: RUSSELL C. TAYLOR

SERVICE COST: $40.00                                LOUIS S. ROBERTS III, SHERIFF
GB, CIVIL CLERK                                     JACKSON COUNTY, FLORIDA

MAIL TO:                              BY: _____*J. Warner J-53*_____
                                              J.WARNER  J-53, D.S.

MCNEELY STEPHENSON
2150 INTELLIPLEX DR STE 100
SHEKBYVILLE, IN  46176

RETURN OF SERVICE

PERSON TO BE SERVED:                                        RECEIPT NUMBER: 0000823-16

```
RUSSELL C. TAYLOR
FCI
3625 FCI RD
MARIANNA, FL  32446
```

PLAINTIFF: JANE DOE, BY PER PARENT & NATURAL GUARDIAN
 -VS-
DEFENDANT: JARED FOGLE, RUSSELL & ANGELA TAYLOR

TYPE WRIT: SUMMONS

COURT: DISTRICT                                 COURT DATE:
CASE #: 1:V 0578 LJM TAB                        COURT TIME:

Received the above-named writ on March 21, 2016, at 12:26 PM,
and served the same on March 29, 2016, at 8:09 AM,
in JACKSON County, Florida, as follows:

INDIVIDUAL

By delivering a true copy of this writ together with a copy of the
initial pleadings, if any, with the date and hour of service endorsed
thereon by me, to: RUSSELL C. TAYLOR

SERVICE COST: $40.00                            LOUIS S. ROBERTS III, SHERIFF
GB, CIVIL CLERK                                 JACKSON COUNTY, FLORIDA

MAIL TO:                                        BY: _____
                                                    J.WARNER  J-53,  D.S.

MCNEELY STEPHENSON
2150 INTELLIPLEX DR STE 100
SHEKBYVILLE, IN  46176

RECEIPT

RECEIPT NUMBER: 0000823-16

DATE: 03/21/2016

RECEIVED FROM:
    MCNEELY STEPHENSON
    2150 INTELLIPLEX DR STE 100
    SHEKBYVILLE, IN  46176


PLAINTIFF: JANE DOE, BY PER PARENT & NATURAL GUARDIAN
  -VS-
DEFENDANT: JARED FOGLE, RUSSELL & ANGELA TAYLOR

TYPE WRIT: SUMMONS

   CASE #: 1:V 0578 LJM TAB

   COURT: DISTRICT

| DEPOSIT INFORMATION | REFUND INFORMATION |
|---|---|
| DEPOSIT AMOUNT:   $40.00 | REFUND AMOUNT:   $0.00 |
| TYPE OF PAYMENT:  CHECK | REFUND DATE: |
| CHECK#: 95076 | REFUND CHECK#: |

LOUIS S. ROBERTS III, SHERIFF          BY: *G Baggett*
JACKSON COUNTY, FLORIDA                        CIVIL CLERK

GB, CIVIL CLERK

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

2023 MAR 21  AM 11: 23
JACKSON COUNTY SHERIFF

Jane Doe, by per parent and natural guardian

*Plaintiff(s)*

v.

Jared Fogle, Russell Taylor, and Angela Taylor

*Defendant(s)*

Civil Action No.

**1:16-cv-0578 LJM-TAB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Russell C. Taylor
c/o Marianna Federal Correctional Institution
3625 F C I Road
Marianna, FL  32446

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

M. Michael Stephenson
Brady J. Rife
McNeely Stephenson
2150 Intelliplex Drive, Suite 100
Shelbyville, IN  46176
(317) 825-5110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  03/15/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Russell C. Taylor

was received by me on *(date)* .

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: