AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Jane Doe, by per parent and natural guardian<br><br>*Plaintiff(s)*<br>v.<br><br>Jared Fogle, Russell Taylor, and Angela Taylor<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>) 1:16-cv-0578 LJM-TAB<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Angela Taylor
1304 Salem Creek Boulevard
Indianapolis, IN 46231

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Michael Stephenson
Brady J. Rife
McNeely Stephenson
2150 Intelliplex Drive, Suite 100
Shelbyville, IN 46176
(317) 825-5110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK

*CLERK OF COURT*

Date:   03/15/2016

*Signature of Clerk or Deputy Clerk*

Civil Action No.

1020 hrs

C\

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Angela Taylor

was received by me on *(date)* 3/23/16 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

@ 1304 Salem Creek Blvd , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/23/16

Server's signature: [signed] 27021

Printed name and title: Brian Widner, Deputy

Server's address: 40 S. Alabama St Indpls, IN 46204

Additional information regarding attempted service, etc: