

# McNEELY STEPHENSON

**ATTORNEYS AT LAW**

www.indianapilaw.com

**Brady J. Rife**
Direct Dial: 317-825-5115
E-Mail: Brady.J.Rife@msth.com
Shelbyville Office

April 18, 2016

**Certified Mail**
**Return Receipt Requested**
Clerk, U.S. District Court for the Southern District of Indiana
U.S. Courthouse, Room 105
46 E. Ohio Street
Indianapolis, IN 46204

      Re:    Jane Doe, by her parent and natural guardian vs. Jared Fogle, et al.
              Cause No.: 1:16-cv-0578-LJM-TAB

Dear Clerk:

    Please find enclosed an original and four (4) copies of an Alias Summons for Angela Taylor to be filed in the above-captioned matter.

    Please sign and return the Alias Summons to me in the self-addressed stamped envelope enclosed for your convenience.

    Thank you for your assistance in this matter.

                        Very truly yours,

                        McNEELY STEPHENSON

                        Brady J. Rife

BJR/nrz
Enclosures

Shelbyville Office: 2150 Intelliplex Drive, Suite 100, Shelbyville, Indiana 46176  Office: 317.825.5110  Fax: 317.825.5109
New Albany Office: The Hieb Building, 318 Pearl Street, Suite 200, New Albany, Indiana 47150  Office: 812.725.8224  Fax: 317.825.5205