**CERTIFIED MAIL**

7014 0510 0000 0040 9319

NEOPOST
04/18/2016
US POSTAGE $007.82
ZIP 46176
041M11272802

RECEIVED
APR 21 2016
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA



**McNEELY STEPHENSON**

2150 Intelliplex Drive | Suite 100 | Shelbyville, Indiana 46176

TO:

Clerk, U.S. District Court for the Southern
District of Indiana
U.S. Courthouse, Room 105
46 E. Ohio Street
Indianapolis, IN 46204