AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-0578-LJM-TAB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Angela Taylor
was received by me on *(date)* May 15, 2016.

☒ I personally served the summons on the individual at *(place)* 854 S. 350 W., Connersville, IN 47331 (current residence of ex-husband) on *(date)* May 21, 2016 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ N/A for travel and $ N/A for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: May 25, 2016

*Server's signature*

STEVE BOCKLER - INVESTIGATOR - SBI PROFESSIONAL INVESTIGATIONS
*Printed name and title*

5868 E 71st St, STE E-300
INDIANAPOLIS IN 46220
*Server's address*

Additional information regarding attempted service, etc:
Please see attached document for details.

Civil Action No. 1:16-cv-0578-LJM-TAB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Angela Taylor

was received by me on *(date)* May 15th, 2016.

☒ I personally served the summons on the individual at *(place)* 854 S. 350 W., Connersville, IN 47331 (Current residence of her ex-husband Charles Parrett) on *(date)* May 21st, 2016 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ N/A for travel and $ N/A for services, for a total of $ 0.00 .

-Fees for services are provided via invoice produced to the law firm of *McNeely Stephenson*

I declare under penalty of perjury that this information is true.

Date: May 25, 2016

*Server's signature*

**Steve Bockler - Investigator - SBI Professional Investigations**
*Printed name and title*

5868 E. 71st Street E.; Suite E-300; Indianapolis, IN 46220
*Server's address*

Additional information regarding attempted service, etc:

Service was attempted at several possible addresses on the morning of Saturday, May 21, 2016. Upon returning to the affirmation address (854 S. 350 W., Connersville, IN), where it is known her ex-husband is currently residing, Angela M. Taylor answered the door and accepted service very cooperatively. Ms. Taylor informed me, although she was currently present at that residence, she is permanently residing at her mother's (Theresa L. Mains) residence in Connersville, IN (217 S. Grand Ave., Connersville, IN 47331). Ms. Taylor identified herself by name and was recognized her from photographs previously viewed. Furthermore, this service was also videotaped by use of cell phone video and a stationary video camera from within my vehicle.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-0578-LJM-TAB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Angela Taylor

was received by me on *(date)*  May 15th, 2016 .

☒ I personally served the summons on the individual at *(place)*  854 S. 350 W., Connersville, IN 47331 (Current residence of her ex-husband Charles Parrett)  on *(date)*  May 21st, 2016  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ N/A for travel and $ N/A for services, for a total of $ 0.00 .

-Fees for services are provided via invoice produced to the law firm of *McNeely Stephenson*

I declare under penalty of perjury that this information is true.

Date: May 25, 2016

*Server's signature*

Steve Bockler - Investigator - SBI Professional Investigations
*Printed name and title*

5868 E. 71st Street E.; Suite E-300; Indianapolis, IN 46220
*Server's address*

Additional information regarding attempted service, etc:

Service was attempted at several possible addresses on the morning of Saturday, May 21, 2016. Upon returning to the affirmation address (854 S. 350 W., Connersville, IN), where it is known her ex-husband is currently residing, Angela M. Taylor answered the door and accepted service very cooperatively. Ms. Taylor informed me, although she was currently present at that residence, she is permanently residing at her mother's (Theresa L. Mains) residence in Connersville, IN (217 S. Grand Ave., Connersville, IN 47331). Ms. Taylor identified herself by name and was recognized her from photographs previously viewed. Furthermore, this service was also videotaped by use of cell phone video and a stationary video camera from within my vehicle.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-0578-LJM-TAB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Angela Taylor**
was received by me on *(date)* **May 15th, 2016** .

☒ I personally served the summons on the individual at *(place)* **854 S. 350 W., Connersville, IN 47331**
**(Current residence of her ex-husband Charles Parrett)** on *(date)* **May 21st, 2016** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **N/A** for travel and $ **N/A** for services, for a total of $ **0.00** .

-Fees for services are provided via invoice produced to the law firm of *McNeely Stephenson*

I declare under penalty of perjury that this information is true.

Date: **May 25, 2016**

*Server's signature*

**Steve Bockler - Investigator - SBI Professional Investigations**
*Printed name and title*

**5868 E. 71st Street E.; Suite E-300; Indianapolis, IN 46220**
*Server's address*

Additional information regarding attempted service, etc:

Service was attempted at several possible addresses on the morning of Saturday, May 21, 2016. Upon returning to the affirmation address (854 S. 350 W., Connersville, IN), where it is known her ex-husband is currently residing, Angela M. Taylor answered the door and accepted service very cooperatively. Ms. Taylor informed me, although she was currently present at that residence, she is permanently residing at her mother's (Theresa L. Mains) residence in Connersville, IN (217 S. Grand Ave., Connersville, IN 47331). Ms. Taylor identified herself by name and was recognized her from photographs previously viewed. Furthermore, this service was also videotaped by use of cell phone video and a stationary video camera from within my vehicle.