NAME: Russell Taylor
REG. NO.: 12715-028
QUARTERS: NAVAJO B
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 7007
MARIANNA, FL 32447-7007

US Federal Court
Clerks office Room 105
46 EAST OHIO ST
Indianapolis, IN 46204

RECEIVED

JUL 25 2016

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Attn:
Responding to lawsuit