UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, by her parent and natural guardian, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  CASE NO. 1:16-cv-0578-LJM-TAB |
| JARED FOGLE, RUSSELL TAYLOR, and ANGELA TAYLOR, | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

Defendant, Jared Fogle, by counsel, hereby notifies the Court that he has served his Initial Disclosures pursuant to Rule 26, Fed. R. Civ. P., on this 15th day of August, 2016.

Respectfully submitted,

/s/*Steven D. Groth*
Ronald E. Elberger, Attorney No. 6675-49
Steven D. Groth, Attorney No. 17643-71

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 Fax
Relberger@boselaw.com
SGroth@boselaw.com

*Attorneys for Defendant, Jared Fogle*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2016 a copy of the foregoing "Notice of Service of Initial Disclosures" was filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>M. Michael Stephenson, Esq.
>mmstephenson@msth.com
>
>Brady J. Rife, Esq.
>brady.j.rife@msth.com

I also certify that on the 15th day of August, 2016 a copy of the foregoing "Notice of Service of Initial Disclosures" was mailed, by first-class U.S. Mail, postage prepaid and addressed to the following:

>Russell C. Taylor
>c/o Marianna Federal Correctional Institution
>3625 F C I Road
>Marianna, FL   32446
>
>Angela Taylor
>217 S. Grand Avenue
>Connersville, IN   47331

>>s/*Steven D. Groth*
>>Steven D. Groth

3048371/26613.6