# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| JANE DOE, by her parent and natural guardian, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 1:16-cv-0578-LJM-TAB |
| JARED FOGLE, RUSSELL TAYLOR and ANGELA TAYLOR, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

On August 15, 2016, the Plaintiff, Jane Doe, by her parent and natural guardian, by counsel, served her initial disclosures, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, upon the Defendants in this matter.

Respectfully submitted,

McNEELY STEPHENSON

/s/Brady J. Rife
M. Michael Stephenson, Atty No. 1824-73
Brady J. Rife, Atty No. 25378-73
2150 Intelliplex Drive, Suite 100
Shelbyville, IN 46176
Telephone:  (317) 825-5110
Facsimile:  (317) 825-5109
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 15, 2016, the foregoing Notice has been filed with the Clerk of the Court by using the CM/ECF system.  Notice of this filing has been sent to the following counsel by operation of the Court's electronic filing system.  The parties may access this filing through the Court's system.

Ronald E. Elberger
**relberger@boselaw.com**

Steven D. Groth
**sgroth@boselaw.com**

/s/Brady J. Rife
Brady J. Rife