UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, by her parent and natural guardian, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 1:16-cv-0578-LJM-TAB ) |
| JARED FOGLE, RUSSELL TAYLOR, and ANGELA TAYLOR, | ) ) ) ) |
| Defendants. | ) |

### DEFENDANT'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT AND TO PROCEED AGAINST PARTIES USING FICTITIOUS NAMES

Defendant, Jared Fogle ("Fogle"), by counsel, respectfully requests this Court to enter an Order allowing him to name Jane Doe's parents as Third-Party Defendants, and to do so using fictitious names. In support of the Motion Fogle states:

1. This suit was filed by Plaintiff, Jane Doe, by her parent and natural guardian.

2. Jane Doe, a minor, requested the Court's permission to proceed under a fictitious name in order to protect her privacy. [Dkt. 6.] The Court granted the Plaintiff's motion to proceed under a fictitious name. [Dkt. 7.]

3. Fogle has been provided with documented evidence which indicates that Jane Doe's parents, through their actions, caused or significantly contributed to the injuries and damages alleged by Jane Doe in her Complaint against the Defendants. Accordingly, Fogle is entitled to add Jane Doe's parents as Third-Party Defendants. The proposed Third-Party Complaint is attached hereto as Exhibit A.

4. The time set for adding additional parties pursuant to the Case Management Plan approved by the Court [Dkt. 18] is September 15, 2016, which time has not yet expired.

5. Fogle desires to comply with the Court's Order allowing the Plaintiff to proceed under a fictitious name, and to protect the privacy of the Plaintiff.

6. Proceeding against the Plaintiff's parents using their actual names would likely lead to the discovery of Plaintiff's identity, thus failing to protect her privacy. In order to avoid this and comply with the Court's Order, Fogle requests an Order allowing him to proceed against the Plaintiff's parents, identifying them in the caption and pleadings using only their initials, B.T. and J.T.

WHEREFORE, Defendant, Jared Fogle, by counsel, requests an Order granting him leave to proceed against the Plaintiff's parents through the filing of a third-party complaint, identifying them in the caption and pleadings using only their initials, B.T. and J.T., and for all other relief proper in the premises.

Respectfully submitted,

/s/*Steven D. Groth*
Ronald E. Elberger, Attorney No. 6675-49
Steven D. Groth, Attorney No. 17643-71
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 Fax
Relberger@boselaw.com
SGroth@boselaw.com

*Attorneys for Defendant, Jared Fogle*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2016 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>M. Michael Stephenson, Esq.
>mmstephenson@msth.com
>Brady J. Rife, Esq.
>brady.j.rife@msth.com

I also certify that on the 1 day of September, 2016 a copy of the foregoing was mailed, by first-class U.S. Mail, postage prepaid and addressed to the following:

>Russell C. Taylor
>c/o Marianna Federal Correctional Institution
>3625 F C I Road
>Marianna, FL  32446
>
>Angela Taylor
>217 S. Grand Avenue
>Connersville, IN  47331

>s/*Steven D. Groth*
>Steven D. Groth

3048387/26613.6