UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JANE DOE by her parent and natural guardian, | ) ) ) | |
| Plaintiff, | ) ) | No. 1:16-cv-00578-LJM-TAB |
| vs. | ) ) | |
| JARED FOGLE, RUSSELL TAYLOR, and ANGELA TAYLOR, | ) ) ) | |
| Defendants. | ) | |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This cause is set for a telephonic status conference at 10 a.m. on September 6, 2016.

Parties shall participate in this conference by counsel, who shall call the Court at 317-229-3660.

The purpose of this conference is to address a discovery dispute.

Date: 9/2/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all counsel of record via CM/ECF.