UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JANE DOE by her parent and natural guardian, | ) ) ) | |
| Plaintiff, | ) ) | No. 1:16-cv-00578-LJM-TAB |
| vs. | ) ) | |
| JARED FOGLE, RUSSELL TAYLOR, ANGELA TAYLOR, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER ON SEPTEMBER 6, 2016, TELEPHONIC STATUS CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel September 6, 2016, for a telephonic status conference.

Discussion held regarding case status, settlement, and related matters. The Clerk shall seal Filing No. 22, and the deadline to respond to that motion is stayed pending further order.

**This cause is set for a telephonic status conference at 11 a.m. on September 14, 2016.**

Parties shall participate in this conference by counsel, who shall call the Court at 317-229-3660.

The purpose of this conference is to discuss the status of this case.

Dated: 9/6/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

All ECF-registered counsel of record via email