UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, by her parent and natural guardian, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 1:16-cv-0578-LJM-TAB ) |
| JARED FOGLE, RUSSELL TAYLOR, and ANGELA TAYLOR, | ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANT, JARED FOGLE'S MOTION TO CONTINUE**
**TELEPHONIC STATUS CONFERENCE**

Defendant, Jared Fogle ("Fogle"), by counsel, respectfully moves this Court for a brief continuance of the telephonic status conference scheduled to be held at 11:00 a.m. on Wednesday, September 14th, 2016, and as grounds therefor states that:

1. During the course of a telephonic status conference held on September 6, 2016, this Court scheduled a follow-up telephonic status conference to be held on Wednesday, September 14, 2016 at 11:00 a.m. Dkt. 24.

2. Fogle's defense counsel was previously scheduled to be in the Jefferson Circuit Court (Louisville, KY), Division Three, in a case captioned *Hornback, et al. v. Powell, et al.*, Case No. 15-CI-005391, at 9:00 a.m. on September 14, 2016, before the Honorable Mitch Perry, Judge, on Motions for a Protective Order, to Strike and other matters in which said counsel represents the publisher of "Breaking Cardinal Rules," a book about the sexual improprieties in the University of Louisville's basketball program during the years 2010 through 2014.

3.     Because the Kentucky state court hearing begins at 9:00 a.m. and involves several matters, Fogle's counsel cannot be certain that he'll be available at the time of this Court's telephonic status conference.

4.     On Thursday afternoon, plaintiff's counsel and Fogle's counsel compared their respective schedules which disclosed that both are available on Thursday, September 22nd.  Mr. Rife has no objection to rescheduling the telephonic status conference.

5.     Fogle, by counsel, will be filing motions to address the matters discussed during the September 6th telephonic conference.

WHEREFORE, Defendant, Jared Fogle, by counsel, moves this Court for a brief continuance of the telephonic status conference scheduled for Wednesday, September 14, 2016.

Respectfully submitted,

Dated: September 9, 2016            */s/ Ronald E. Elberger*
Ronald E. Elberger, Attorney No. 6675-49
Steven D. Groth, Attorney No. 17643-71

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 Fax
Relberger@boselaw.com
SGroth@boselaw.com

*Attorneys for Defendant, Jared Fogle*

**AFFIRMATIONS**

I affirm, under the penalties for perjury, that the foregoing representations are true of my own personal knowledge.

Respectfully submitted,

Dated:  September 9, 2016          */s/ Ronald E. Elberger*
                                    Ronald E. Elberger, Attorney No. 6675-49

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2016 a copy of the foregoing "Defendant, Jared Fogle's Motion To Withdraw Motion For Leave To File Third Party Complaint and To Maintain Said Motion Under Seal" was filed electronically.  Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

> M. Michael Stephenson, Esq.
> mmstephenson@msth.com
>
> Brady J. Rife, Esq.
> brady.j.rife@msth.com

I also certify that on the 9th day of September, 2016 a copy of the foregoing "Defendant, Jared Fogle's Motion To Withdraw Motion For Leave To File Third Party Complaint and To Maintain Said Motion Under Seal" was mailed, by first-class U.S. Mail, postage prepaid and addressed to the following:

> Russell C. Taylor
> c/o Marianna Federal Correctional Institution
> 3625 F C I Road
> Marianna, FL   32446
>
> Angela Taylor
> 541 South CR 350 W
> Connersville, IN  47331

*/s/ Ronald E. Elberger*
Ronald E. Elberger

3066772_1/26613.6