UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, by her parent and natural guardian, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 1:16-cv-0578-LJM-TAB ) |
| JARED FOGLE, RUSSELL TAYLOR, and ANGELA TAYLOR, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER CONTINUING SEPTEMBER 14, 2016 TELEPHONIC STATUS CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This matter came before the Court on Jared Fogle's Motion to Continue the previously scheduled September 14 telephonic status conference, good cause hearing been shown, and plaintiff's counsel having no objection thereto, it is

ORDERED that the September 14, 2016 telephonic status conference is hereby continued; and it is further

**ORDERED that this cause is set for a telephonic status conference to be held at 9:30 a.m. on September 26, 2016.** Parties shall participate in this conference by counsel, who shall call the Court at 317-229-3660. The purpose of this conference is to discuss the status of this case.

Dated: 9/12/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via ECF