UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, by her parent and natural guardian, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 1:16-cv-0578-LJM-TAB ) |
| JARED FOGLE, RUSSELL TAYLOR, and ANGELA TAYLOR, | ) ) ) ) |
| Defendants. | ) |

**DEFENDANT, JARED FOGLE'S MOTION TO WITHDRAW
MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT
AND TO MAINTAIN SAID MOTION UNDER SEAL**

Defendant, Jared Fogle ("Fogle"), by counsel, respectfully moves this Court for an order withdrawing Fogle's previously filed "Motion For Leave To File Third Party Complaint and to Proceed Against Parties Using Fictitious Names" (Dkt. 22) and To Maintain Said Motion (Dkt. 22) Under Seal, and as grounds therefor states that:

1. On September 1, 2016, Fogle, after determining that there was a factual basis to do so, filed his "Motion For Leave To File Third Party Complaint and To Proceed Against Parties Using Fictitious Names" (Dkt. 22).

2. During the September 6, 2016, telephonic status conference a discussion was held regarding the case status, party designations and related matters. Dkt. 24.

3. The defendant wishes to withdraw his Motion for Leave to File Third Party Complaint, but hereby specifically preserves his right to otherwise amend his pleadings and/or file additional affirmative defenses.

4. For the plaintiff's identify protection, as discussed during the status conference, Fogle, by counsel, and plaintiff's counsel agreed that the Motion For Leave To File Third Party Complaint (Dkt 22) and its exhibit should be sealed which this Court then ordered. Dkt. 24. In order to continue to protect plaintiff's identity, counsel for Fogle and for the Plaintiff also agreed that the Motion For Leave To File Third Party Complaint should remain sealed.

WHEREFORE, Defendant, Jared Fogle, by counsel, moves the Court for an order withdrawing Defendant, Jared Fogle's Motion For Leave To File Third Party Complaint and To Maintain said Motion (Dkt. 22) and its exhibit under seal, and for such further relief as this Court deems just and proper.

Respectfully submitted,

Dated: September 12, 2016

*/s/ Ronald E. Elberger*
Ronald E. Elberger, Attorney No. 6675-49
Steven D. Groth, Attorney No. 17643-71

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 Fax
Relberger@boselaw.com
SGroth@boselaw.com

*Attorneys for Defendant, Jared Fogle*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2016 a copy of the foregoing "Defendant, Jared Fogle's Motion To Withdraw Motion For Leave To File Third Party Complaint and To Maintain Said Motion Under Seal" was filed electronically.  Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

>M. Michael Stephenson, Esq.
>mmstephenson@msth.com
>
>Brady J. Rife, Esq.
>brady.j.rife@msth.com

I also certify that on the 12th day of September, 2016 a copy of the foregoing "Defendant, Jared Fogle's Motion To Withdraw Motion For Leave To File Third Party Complaint and To Maintain Said Motion Under Seal" was mailed, by first-class U.S. Mail, postage prepaid and addressed to the following:

>Russell C. Taylor
>c/o Marianna Federal Correctional Institution
>3625 F C I Road
>Marianna, FL   32446
>
>Angela Taylor
>541 South CR 350 W
>Connersville, IN   47331

>>*/s/ Ronald E. Elberger*
>>Ronald E. Elberger

3066722_1/26613.6