UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, by her parent and natural guardian, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CASE NO. 1:16-cv-0578-LJM-TAB ) |
| JARED FOGLE, RUSSELL TAYLOR, and ANGELA TAYLOR, | ) ) ) ) |
| Defendants. | ) |

**ORDER WITHDRAWING FOGLE'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT AND TO MAINTAIN MOTION (DKT 22) UNDER SEAL**

Upon consideration of Jared Fogle's Motion to Withdraw Fogle's Motion For Leave To File Third Party Complaint and To Maintain Said Motion Under Seal, good cause having been shown, and there being agreement of counsel to do so, it is

ORDERED that Defendant, Jared Fogle's "Motion For Leave To File Third party Complaint and To Proceed Against Parties Using Fictitious Names", Dkt. 22, with attachment, be, and the same is hereby, withdrawn; and it is further

ORDERED that the Clerk shall continue to maintain Docket Filing No. 22 under seal.

Dated:_____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

DISTRIBUTION:

All ECF – registered counsel of record via email
3066758_1