UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, by her parent and natural guardian, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 1:16-cv-0578-LJM-TAB ) |
| JARED FOGLE, RUSSELL TAYLOR, and ANGELA TAYLOR, | ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANT, JARED FOGLE'S MOTION FOR LEAVE
TO FILE ADDITIONAL AFFIRMATIVE DEFENSES**

Defendant, Jared Fogle ("Fogle"), by counsel, respectfully moves this Court for leave to file additional affirmative defenses, and as grounds therefor states that:

1. Defendant wishes to assert additional affirmative defenses for each of which there is a factual basis.

2. The affirmative defenses, in addition to the "set off" affirmative defense previously asserted, which Fogle wishes to assert are as follows:

    a. Plaintiff's damages and personal injuries, mental anguish and emotional distress, including but not limited to anxiety, depression, and major depressive disorder, were caused in whole or in part, by Jane Doe's mother, "AA", and/or father, "BB";

    b. Plaintiff's personal injuries, mental anguish, emotional distress and damages were incurred and were pre-existent before Jane Doe, in 2015, learned of any of the allegations involving defendant, Jared Fogle.

      c.    Plaintiff's aforementioned personal injuries and damages were also caused, in part, by persons and factors other than by the defendant, Jared Fogle.

3.    Attached hereto as Exhibit "A" is a complete list of the "Affirmative Defenses" to be filed in this proceeding on behalf of the Defendant, Jared Fogle.

WHEREFORE, Defendant, Jared Fogle, by counsel, respectfully requests leave to file the three aforementioned affirmative defenses as additions to his "set off" affirmative defense.

      Respectfully submitted,

Dated: September 12, 2016

*/s/ Ronald E. Elberger*
Ronald E. Elberger, Attorney No. 6675-49
Steven D. Groth, Attorney No. 17643-71

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 Fax
Relberger@boselaw.com
SGroth@boselaw.com

*Attorneys for Defendant, Jared Fogle*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2016 a copy of the foregoing "Defendant, Jared Fogle's Motion To Withdraw Motion For Leave To File Third Party Complaint and To Maintain Said Motion Under Seal" was filed electronically.  Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

>M. Michael Stephenson, Esq.
>mmstephenson@msth.com
>
>Brady J. Rife, Esq.
>brady.j.rife@msth.com

I also certify that on the 12th day of September, 2016 a copy of the foregoing "Defendant, Jared Fogle's Motion To Withdraw Motion For Leave To File Third Party Complaint and To Maintain Said Motion Under Seal" was mailed, by first-class U.S. Mail, postage prepaid and addressed to the following:

>Russell C. Taylor
>c/o Marianna Federal Correctional Institution
>3625 F C I Road
>Marianna, FL   32446
>
>Angela Taylor
>541 South CR 350 W
>Connersville, IN  47331

>>*/s/ Ronald E. Elberger*
>>Ronald E. Elberger

3066785_1/26613.6