UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, by her parent and natural guardian, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 1:16-cv-0578-LJM-TAB ) |
| JARED FOGLE, RUSSELL TAYLOR, and ANGELA TAYLOR, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER GRANTING DEFENDANT, JARED FOGLE, LEAVE
TO FILE ADDITIONAL AFFIRMATIVE DEFENSES**

Upon consideration of Defendant, Jared Fogle's Motion For Leave To File Additional Affirmative Defenses, good cause hearing been shown, it is

ORDERED that the Defendant, Jared Fogle, be, and the same is hereby, granted leave to file his additional affirmative defenses to the plaintiff's complaint; and it is further

**ORDERED** that the "Affirmative Defenses" attached to the aforementioned Motion as Exhibit "A" thereto, be filed by the Clerk.

Dated: September ___, 2016         _____
                                    Tim A. Baker
                                    United States Magistrate Judge
                                    Southern District of Indiana

DISTRIBUTION:

All ECF – registered counsel of record via email
3066792_1