UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE by her parent and natural guardian, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 1:16-cv-00578-LJM-TAB ) ) |
| JARED FOGLE, RUSSELL TAYLOR, and ANGELA TAYLOR, | ) ) ) |
| Defendants. | ) ) |

### ORDER

It has come to the attention of the Court that the parties have never disclosed to the Court the names of Jane Doe and/or her parents and natural guardians, which would allow the Court to perform a conflicts check. In order to ensure that such may be done as soon as practical, on or before **Friday, September 16, 2016**, Plaintiff Jane Doe shall file under seal her name and those of her parents.

IT IS SO ORDERED this 13th day of September, 2016.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution attached.

Distribution:

Ronald E. Elberger
BOSE MCKINNEY & EVANS, LLP
relberger@boselaw.com

Steven D. Groth
BOSE MCKINNEY & EVANS, LLP
sgroth@boselaw.com

Brady J. Rife
MCNEELY STEPHENSON THOPY & HARROLD
brady.j.rife@msth.com

M. Michael Stephenson
MCNEELY STEPHENSON THOPY & HARROLD
mmstephenson@msth.com