UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, by her parent and natural guardian, ) )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JARED FOGLE, )<br>RUSSELL TAYLOR and )<br>ANGELA TAYLOR, )<br>)<br>Defendants. ) | Case No. 1:16-cv-0578-LJM-TAB |

## PLAINTIFF'S PRELIMINARY WITNESS LIST

Comes now Plaintiff, Jane Doe, by her parent and natural guardian, by counsel, and files herewith her Preliminary Witness List in accordance with the Case Management Plan as follows:

1. Jane Doe
   c/o M. Michael Stephenson and Brady J. Rife
   McNEELY STEPHENSON
   2150 Intelliplex Drive, Suite 100
   Shelbyville, IN 46176
   317-825-5110

2. Parent and Natural Guardian of Jane Doe
   c/o M. Michael Stephenson Brady J. Rife
   McNEELY STEPHENSON
   2150 Intelliplex Drive, Suite 100
   Shelbyville, IN 46176
   317-825-5110

3. Jared Fogle
   c/o Ronald E. Elberger and Steven D. Groth
   BOSE McKINNEY & EVANS, LLP
   111 Monument Circle, Suite 2700
   Indianapolis, IN 46204
   317-684-5115

4. Russell C. Taylor
   c/o Marianna Federal Correctional Institution
   3625 F C I Road
   Marianna, FL  32446

5. Angela Taylor
   217 S. Grand Avenue
   Connersville, IN  47331

6. Josh J. Minkler
   United States Attorney
   10 West Market Street, Suite 2100
   Indianapolis, IN 46204
   317-226-6333

7. Any physician, therapist or other health care provider who has examined or provided treatment to Jane Doe since the incident in question.  Those individuals include, but are not limited to:

   Representatives of Centerstone, 390 Erie Avenue, Connersville, IN 47331, including but not limited to:  Lisa Felsman, Dallas Holmes and Jessica Morris.

   Representatives of Fayette Regional Care Pavilion, 450 Erie Avenue, Connersville, IN 47331, including but not limited to:  Vahid Osman, M.D. and Tina S. Chavis, NP

   Wayne B. White, M.D., Whitewater Valley Primary Care, 1473 East State Road 44, Connersville, IN 47331

8. Friends and family of Jane Doe.

9. Expert witness(es) (yet to be determined).

10. Any witnesses identified or disclosed by any other party.

11. Any witnesses necessary for impeachment or rebuttal.

Respectfully submitted,

McNEELY STEPHENSON

/s/ *Brady J. Rife*
M. Michael Stephenson, Atty No. 1824-73
Brady J. Rife, Atty No. 25378-73
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing pleading has been served upon the following by placing a copy in the United States mail, first class, postage prepaid, this 15th day of September, 2016:

> Angela Taylor
> 217 South Grand Avenue
> Connersville, IN 47331
>
> Russell Taylor
> c/o Marianna Federal Correctional Institution
> 3625 F C I Road
> Marianna, FL 32446

The undersigned hereby certifies that a copy of the foregoing was filed electrically. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system.

> Ronald E. Elberger
> Relberger@boselaw.com
>
> Steven D. Groth
> SGroth@boselaw.com

/s/ *Brady J. Rife*
Brady J. Rife

McNEELY STEPHENSON
2150 Intelliplex Drive, Suite 100
Shelbyville, IN 46176
Telephone:  317-825-5110
Facsimile:   317-825-5109