UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, by her parent and natural guardian, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 1:16-cv-0578-LJM-TAB |
| JARED FOGLE, RUSSELL TAYLOR and ANGELA TAYLOR, | ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S PRELIMINARY EXHIBIT LIST**

Comes now Plaintiff, Jane Doe, by her parent and natural guardian, by counsel, and files herewith her Preliminary Exhibit List in accordance with the Case Management Plan as follows:

1. Plaintiff's records and bills from Centerstone, subject to 45 CFR Part 160 and Part 164 and IC 16-39-2.

2. Plaintiff's records and bills from Fayette Regional Care Pavilion, subject to 45 CFR Part 160 and Part 164 and IC 16-39-2.

3. Plaintiff's records and bills from Wayne B. White, M.D., Whitewater Valley Primary Care.

4. Emails to Plaintiff c/o her mother from United States Department of Justice Victim Notification System.

5. All depositions taken or to be taken in this matter, including all exhibits thereto.

6. Any and all exhibits listed on any Defendant's exhibit list.

7. Any and all exhibits needed for rebuttal or impeachment purposes.

8. Demonstrative exhibits, charts, and/or summaries.

9. The parties' discovery responses.

10. Any documents produced by any party or non-party to this action.

Respectfully submitted,

McNEELY STEPHENSON

/s/ *Brady J. Rife*
M. Michael Stephenson, Atty No. 1824-73
Brady J. Rife, Atty No. 25378-73
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing pleading has been served upon the following by placing a copy in the United States mail, first class, postage prepaid, this 15th day of September, 2016:

Angela Taylor
217 South Grand Avenue
Connersville, IN 47331

Russell Taylor
c/o Marianna Federal Correctional Institution
3625 F C I Road
Marianna, FL 32446

The undersigned hereby certifies that a copy of the foregoing was filed electrically. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system.

Ronald E. Elberger
Relberger@boselaw.com

Steven D. Groth
SGroth@boselaw.com

/s/ *Brady J. Rife*
Brady J. Rife

McNEELY STEPHENSON
2150 Intelliplex Dr., Suite 100
Shelbyville, IN 46176
Telephone: 317-825-5110
Facsimile: 317-825-5109
Email: brady.j.rife@msth.com