UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, by her parent and natural guardian, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 1:16-cv-0578-LJM-TAB |
| JARED FOGLE, RUSSELL TAYLOR and ANGELA TAYLOR, | ) ) ) ) ) |
| Defendants. | ) |

## MOTION FOR EX PARTE ACCESS ONLY TO DOCUMENT 31

Comes now Plaintiff, Jane Doe, by her parent and natural guardian, by counsel, and pursuant to this Court's instructions, respectfully requests that Document 31 filed by Plaintiff in this matter on September 15, 2016 under seal remain under seal and viewable only by Plaintiff's attorneys of record in this matter.

Respectfully submitted,

McNEELY STEPHENSON

/s/Brady J. Rife
M. Michael Stephenson, Atty No. 1824-73
Brady J. Rife, Atty No. 25378-73
2150 Intelliplex Drive, Suite 100
Shelbyville, IN 46176
Telephone:  (317) 825-5110
Facsimile:   (317) 825-5109
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 15, 2016, the foregoing has been filed with the Clerk of the Court by using the CM/ECF system.  Notice of this filing has been sent to the following counsel by operation of the Court's electronic filing system.

Ronald E. Elberger
relberger@boselaw.com

Steven D. Groth
sgroth@boselaw.com

/s/Brady J. Rife
Brady J. Rife