UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, by her parent and natural guardian, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 1:16-cv-0578-LJM-TAB<br>) |
| JARED FOGLE, RUSSELL TAYLOR and ANGELA TAYLOR, | )<br>)<br>)<br>) |
| Defendants. | ) |

**ORDER GRANTING MOTION FOR
EX PARTE ACCESS ONLY TO DOCUMENT 31**

Plaintiff, Jane Doe, by her parent and natural guardian, by counsel, having filed her Motion for Ex Parte Access Only to Document 31. The Court having reviewed said Motion now finds that Plaintiff's Motion should be GRANTED.

IT IS THEREFORE ORDERED by this Court that Document 31 filed by the Plaintiff under seal shall remain under seal and viewable only by Plaintiff's attorneys of record.

DATED: _____       _____
                                                                        JUDGE, United States District Court
                                                                        Southern District of Indiana

Copies to:
All electronically registered counsel