UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, by her parent and natural guardian, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )   CASE NO. 1:16-cv-0578-LJM-TAB )  |
| JARED FOGLE, RUSSELL TAYLOR, and ANGELA TAYLOR, | ) ) ) ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANT, JARED FOGLE, LEAVE
TO FILE ADDITIONAL AFFIRMATIVE DEFENSES**

Upon consideration of Defendant, Jared Fogle's Motion For Leave To File Additional Affirmative Defenses, good cause hearing been shown, it is

ORDERED that the Defendant, Jared Fogle, be, and the same is hereby, granted leave to file his additional affirmative defenses to the plaintiff's complaint.

The Clerk is directed to docket the "Affirmative Defenses", attached to the aforementioned Motion as Exhibit "A" [Docket No. 28-1], to be filed as of the date of this Order.

Dated:  9/26/2016

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

All ECF – registered counsel of record via email