UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JANE DOE, by her parent and natural guardian, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CASE NO. 1:16-cv-0578-LJM-TAB |
| JARED FOGLE, RUSSELL TAYLOR, and ANGELA TAYLOR, | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT, JARED FOGLE'S AFFIRMATIVE DEFENSES**

Defendant, Jared Fogle ("Fogle"), by counsel, for his Affirmative Defenses to Plaintiff's complaint states that:

1.      Plaintiff, Jane Doe, was previously compensated in the amount of $100,000 for her alleged damages as part of the Defendant, Jared Fogle's Plea Agreement and Court-ordered compensation that was paid in connection with the Court's Sentencing Order.  In the event of any judgment against Fogle, Fogle is entitled to a setoff for all amounts paid to Jane Doe or for her benefit pursuant to the Court's Sentencing Order.

2.      Plaintiff's damages and personal injuries, mental anguish and emotional distress, including but not limited to anxiety, depression, and major depressive disorder, were caused in whole or in part, by Jane Doe's mother, "AA", and/or father, "BB";

3.      Plaintiff's personal injuries, mental anguish, emotional distress and damages were incurred and were pre-existent before Jane Doe, in 2015, learned of any of the allegations involving defendant, Jared Fogle.

4.      Plaintiff's aforementioned personal injuries and damages were also caused, in part, by persons and factors other than by the defendant, Jared Fogle.

WHEREFORE, Defendant, Jared Fogle, by counsel, prays that the Plaintiff, Jane Doe, take nothing by way of her Complaint for Damages, for judgment in his favor and against the Plaintiff, Jane Doe, for costs of this action, and for all other relief proper in the premises.

Respectfully submitted,

Dated:  September 12, 2016                  */s/ Ronald E. Elberger*
                                            Ronald E. Elberger, Attorney No. 6675-49
                                            Steven D. Groth, Attorney No. 17643-71

                                            BOSE McKINNEY & EVANS LLP
                                            111 Monument Circle, Suite 2700
                                            Indianapolis, IN  46204
                                            (317) 684-5000
                                            (317) 684-5173 Fax
                                            Relberger@boselaw.com
                                            SGroth@boselaw.com

                                            *Attorneys for Defendant, Jared Fogle*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2016 a copy of the foregoing "Defendant, Jared Fogle's Affirmative Defenses" was filed electronically.  Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

> M. Michael Stephenson, Esq.
> mmstephenson@msth.com
>
> Brady J. Rife, Esq.
> brady.j.rife@msth.com

I also certify that on the 12th day of September, 2016 a copy of the foregoing "Defendant, Jared Fogle's Affirmative Defenses" was mailed, by first-class U.S. Mail, postage prepaid and addressed to the following:

> Russell C. Taylor
> c/o Marianna Federal Correctional Institution
> 3625 F C I Road
> Marianna, FL   32446
>
> Angela Taylor
> 541 South CR 350 W
> Connersville, IN  47331

> /s/ Ronald E. Elberger
> Ronald E. Elberger

3066813_1/26613.6

3