UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE by her parent and natural guardian, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 1:16-cv-00578-LJM-TAB ) ) |
| JARED FOGLE, RUSSELL TAYLOR, ANGELA TAYLOR, | ) ) ) ) |
| Defendants. | ) |

**ORDER ON SEPTEMBER 26, 2016, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel September 26, 2016, for a telephonic status conference. Discussion held regarding case status and related matters. Conference concluded without further order.

Dated: 9/29/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.