UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JANE DOE, by her parent and natural guardian, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:16-cv-00578-LJM-TAB |
| JARED FOGLE, RUSSELL TAYLOR and ANGELA TAYLOR | ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANT, JARED FOGLE'S, PRELIMINARY EXHIBIT LIST

Defendant, Jared Fogle, by counsel, files herewith his Preliminary Exhibit List in accordance with the Case Management Plan as follows:

1. Plaintiff's records and bills from Centerstone.

2. Plaintiff's records and bills from Fayette Regional Care Pavilion.

3. Plaintiff's records and bills from Wayne B. White M.D., Whitewater Valley Primary Care.

4. All depositions taken or to be taken in this matter, including all exhibits thereto.

5. Any and all exhibits needed for rebuttal or impeachment purposes.

6. Demonstrative exhibits, charges, and/or summaries.

7. Certain of the parties' discovery responses.

8. Plaintiff's "Agency Accounting" for the period from 2/25/16 to 8/16/16.

9. Connersville High School records relating to the Plaintiff.

10. Custody matter records and evaluations.

11. Any documents produced by any party or non-party to this action.

Respectfully submitted,


 s/*Ronald E. Elberger*

Ronald E. Elberger, Attorney No. 6675-49
Steven D. Groth, Attorney No. 17643-71

BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 Fax
relberger@boselaw.com
sgroth@boselaw.com

*Attorneys for Defendant, Jared Fogle*

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2016 a copy of the foregoing "Defendant, Jared Fogle's, Preliminary Exhibit List" was served upon the following by placing a copy in the United States mail, first class, postage prepaid.

Angela Taylor                                      Russell Taylor
217 South Grand Avenue                             c/o Marianna Federal Correctional Institution
Connersville, IN 47331                             3625 F C I Road
                                                   Marianna, FL 32446


I hereby certify that on October 14, 2016 a copy of the foregoing "Defendant, Jared Fogle's, Preliminary Exhibit List" was served upon the following by operation of the Courts electronic filing system.

Brady J. Rife
Brady.j.rife@msth.com

M. Michael Stephenson
m.m.stephenson@msth.com


s/*Ronald E. Elberger*
Ronald E. Elberger


3084375_1