UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JANE DOE, by her parent and )
natural guardian, )
                                  )
          Plaintiff, )
                                  )
      v. )         Case No. 1:16-cv-00578-LJM-TAB
                                  )
JARED FOGLE, RUSSELL )
TAYLOR and ANGELA TAYLOR )
                                  )
         Defendants. )

## DEFENDANT, JARED FOGLE'S, PRELIMINARY WITNESS LIST

Defendant, Jared Fogle, by counsel, files herewith his Preliminary Witness List in

accordance with the Case Management Plan as follows:

1.      Jane Doe
c/o M. Michael Stephenson and Brady J. Rife
2150 Intelliplex Drive, Suite 100
Shelbyville, IN 46176
317-825-5110

2.      Both Parents of Jane Doe

3.      Jared Fogle
c/o Ronald E. Elberger and Steven D. Groth
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5115

4.      Angela Taylor
217 S. Grand Avenue
Connersville, IN 47331

5.      Steve DeBrota
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

6.      Any physician, therapist or other health care provider who has examined or provided treatment to Jane Doe since the incident in question.  Those individuals include, but are not limited to:

Representatives of Centerstone, 390 Erie Avenue, Connersville, IN 47331, including but not limited to:  Lisa Felsman, Dallas Holmes and Jessica Morris.

Representatives of Fayette Regional Care Pavilion, 450 Erie Avenue, Connersville, IN 47331, including but not limited to:  Vahid Osman, M.D. and Tina S. Chavis, NP

Wayne B. White, M.D. Whitewater Valley Primary Care, 1473 East State Road 44, Connersville, IN 47331

7.      Expert witness(s) (yet to be determined).

8.      Any witnesses identified or disclosed by any other party.

9.      Any witnesses necessary for impeachment or rebuttal.

Respectfully submitted,

s/*Ronald E. Elberger*
Ronald E. Elberger, Attorney No. 6675-49
Steven D. Groth, Attorney No. 17643-71

BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 Fax
relberger@boselaw.com
sgroth@boselaw.com

*Attorneys for Defendant, Jared Fogle*

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2016 a copy of the foregoing "Defendant, Jared Fogle's, Preliminary Witness List" was served upon the following by placing a copy in the United States mail, first class, postage prepaid.

Angela Taylor
217 South Grand Avenue
Connersville, IN 47331

Russell Taylor
c/o Marianna Federal Correctional Institution
3625 F C I Road
Marianna, FL 32446

I hereby certify that on October 14, 2016 a copy of the foregoing "Defendant, Jared Fogle's, Preliminary Witness List" was served upon the following by operation of the Courts electronic filing system.

Brady J. Rife
Brady.j.rife@msth.com

M. Michael Stephenson
m.m.stephenson@msth.com

s/*Ronald E. Elberger*
Ronald E. Elberger

3084376_1

3