UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, by her parent and natural guardian, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JARED FOGLE, ) <br> RUSSELL TAYLOR and ) <br> ANGELA TAYLOR, ) <br> ) <br> Defendants. ) | Case No. 1:16-cv-0578-LJM-TAB |

## ORDER OF DISMISSAL WITH PREJUDICE

The Plaintiff, Jane Doe, by her parent and natural guardian, by counsel, file their Stipulation of Dismissal with prejudice as to Defendants.

The Court having seen and examined said Stipulation of Dismissal now grants the same and DISMISSES the Plaintiff's claims against the Defendants, with prejudice, costs paid.

ALL OF WHICH IS ORDERED, ADJUDGED, AND DECREED this __21st__ day of __October__, 2016.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Copies to:

| | |
|---|---|
| M. Michael Stephenson <br> Brady J. Rife <br> McNEELY STEPHENSON <br> brady.j.rife@msth.com <br> mmstephenson@msth.com | Ronald E. Elberger <br> Steven D. Groth <br> BOSE McKINNEY & EVANS, LLP <br> relberger@boselaw.com <br> sgroth@boselaw.com |